**Dismissed and Memorandum Opinion filed February 14, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00312-CV

---

### BIJAN MERRIKH, Appellant

### V.

### JOSEPH COSTA AND JOHNA COSTA, Appellees

---

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-28389**

---

## MEMORANDUM OPINION

This appeal is from a judgment signed January 24, 2022. The clerk's record was filed May 31, 2022. The reporter's record was not filed. No brief was filed.

On January 5, 2023, this court issued an order stating that unless appellant filed a brief on or before February 6, 2023, the appeal was subject to dismissal, without further notice, for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant